UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Skye H. Vehr,

    Plaintiff,

    v.                                      2:13–cv–684

State of Ohio,                        Judge Michael H. Watson

    Defendant.

## ORDER

Magistrate Judge Abel screened this *pro se* § 1983 case under 28 U.S.C. § 1915(e)(2) and issued a report and recommendation ("R&R") which recommended granting Plaintiff's motion to proceed in forma pauperis but recommended dismissing the complaint due to sovereign immunity. R&R 1, ECF No. 3.

Plaintiff objects to the R&R arguing: (1) her complaint was misfiled, as it was supposed to be filed in the "Federal Federal Court, Not in the DISTRICT Court," (2) the inclusion of a Magistrate Judge amounts to undue process, (3) Plaintiff wants to overturn sovereign immunity in this case, (4) Plaintiff states cognizable claims under the Ungovernable Action Statute; (5) sovereign immunity has been overturned in at least one case, (6) if there is a filing error, the Magistrate Judge should have notified Plaintiff.

The Court has considered Plaintiff's objections and finds them meritless. The Court **OVERRULES** Plaintiff's objections, **ADOPTS** the R&R, and **DISMISSES** the case pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**